UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PATTI SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART, *an Arkansas Corporation*, et al., )<br>)<br>Defendants. ) | Case No. CV413-150 |

## O R D E R

The Court having reviewed and considered the petition of Sadiqa Banks of The Banks Law Group, P.C., 3535 Peachtree Road, NE, Suite 520-651, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of plaintiff Patti Smith, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Sadiqa Banks as counsel of record for plaintiff Patti Smith, in this case.

**SO ORDERED** this __24th__ day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA