# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PATTI SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION FILE NO. |
| ) | **4:13-CV-150-BAE-GRS** |
| WAL-MART (an Arkansas ) | |
| Corporation) et. al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

On this day came to be considered the **STIPULATION OF DISMISSAL**, in the above styled and numbered cause. This Court accepts the motion being fully advised and good cause shown:

It is therefore **ORDERED** that this motion is hereby **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.

SIGNED AND ENTERED this _22_ day of **JANUARY, 2014**.

_____
B. AVANT EDENFIELD
*Judge, United States District Court*